# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

THOMAS A. SEAMAN,

    Plaintiff,

  v.

NEIL RICHARDSON, et al.,

    Defendants.

Case No.: SACV 18-00538-CJC(DFMx)

**FINAL JUDGMENT**

//

The Court, having considered the Motion for (A) Dismissal of Quiet Title Cause of Action; (B) Award of Costs of Suit; and (C) Entry of Final Judgment ("Motion"), filed on May 22, 2019, by Plaintiff Thomas A. Seaman (the "Receiver"), the Court-appointed permanent receiver for PDC Capital Group, LLC and its subsidiaries and affiliates, all papers in support of, and good cause appearing therefor, hereby grants in substantial part the Motion and **ORDERS, ADJUDGES, AND DECREES** as follows:

1. The Receiver's quiet title cause of action in his First Amended Complaint is dismissed.

2. Judgement is entered in favor of the Receiver and against Defendant Neil Richardson, individually and as a trustee of the Richardson Family Trust ("Defendant"). The transfer of the promissory note and deed of trust in favor of the Richardson Family Trust by SAL Westgate, LLC to Defendant is void as a fraudulent transfer.

3. As the prevailing party, the Receiver is awarded his reasonable costs of suit in a sum pursuant to a Bill of Costs filed with the Clerk in accordance with Local Rule 54-2.1.

4. Interest is to accrue on this judgment pursuant to 28 U.S.C. § 1961.

DATED: June 6, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE